NUMBER
13-10-00056-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

ANNA M. MOORE,                                                                        Appellant,

 

                                                             v.

 

DEPARTMENT OF AGING
& DISABILITY 

SERVICES, A TEXAS
STATE AGENCY,                                     Appellee. 

____________________________________________________________

 

                           On
appeal from the 319th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                     Before Justices
Yañez, Rodriguez, and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Anna M. Moore, perfected an appeal from a judgment entered by the 319th
District Court of Nueces County, Texas, in cause number 08-4220-G.  Appellant
has filed an unopposed motion to dismiss the appeal on grounds that the appellant
no longer wishes to pursue this matter.  Appellant requests that this Court
dismiss the appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to dismiss the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed 

the 13th day of May, 2010.